# EXHIBIT 1

to

*Notice of Removal*

in re

Union Pacific Railroad Co. vs. Diamond Plastics Corporation

Case Number _____3:23-cv-00110_____

## STATE COURT SUMMONS/COMPLAINT

1  Case No. __CVOO23352__

2  Dept. No. ___2___

3

4

5

6          IN THE SIXTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

7                   IN AND FOR THE COUNTY OF HUMBOLDT

8

9  Union Pacific Railroad Company
   _____
10                      Plaintiff,

11  vs.

12  Diamond Plastics Corporation
    _____
13                      Defendant.

14                              **SUMMONS**

15  TO THE DEFENDANT: YOU HAVE BEEN SUED. THE COURT MAY DECIDE
    AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU <u>RESPOND, IN</u>
16  <u>WRITING</u>, WITHIN TWENTY-ONE (21) DAYS. READ THE INFORMATION
17  BELOW VERY CAREFULLY.

18        A civil complaint of petition has been filed by the Plaintiff against you for the relief as

19  set forth in the document (see complaint or petition on file). When service is by publication, add

20  a brief statement of the object of the action. (See Nevada Rules of Civil Procedure, Rule 4(b).

21  The object of this action is: Breach of Contract
                                  _____.

22

23    1. If you intend to defend this lawsuit, you must do the following within twenty-one (21)

24        days after service of this summons, exclusive of the day of service:

25          a. File with the Clerk of Court, whose address is shown below, **a formal written**

26             **answer** to the complaint or petition, along with the appropriate filing fees, in

27             accordance with the rules of the Court, and :

28

                                        1

1    b. Serve a copy of your answer upon the attorney or plaintiff whose address is

2     shown below.

3

4  2. Unless you respond, a default will be entered upon application of the plaintiff and this

5   Court may enter a judgment against you for the relief demanded in the complaint.

6   Dated this ___10___ day of _____Feb_____, 20 _23_.

7

8 Issued on behalf of plaintiff, or plaintiff's attorney:

9 Name: Sarah Ferguson, Esq.

10 Address: 50 W. Liberty Street, Ste. 750
  Reno, NV 89501

11 Phone Number: (775) 323-1601

12

13 Clerk of the Court:

  Humboldt County Courthouse

14  50 W. 5th St. Room 207
  Winnemucca, NV 89445

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Case No.: CV0023352

2  Dept. No.: 2

FILED

2023 FEB 21  PM 3: 15

DI... COURT CLERK

6            IN THE SIXTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

7                       IN AND FOR THE COUNTY OF HUMBOLDT

8   UNION PACIFIC RAILROAD COMPANY, a
9   Delaware corporation,

10                   Plaintiff,
                vs.

11  DIAMOND PLASTICS CORPORATION, a
    Delaware corporation, and DOES 1-10,
12  inclusive

13
14                   Defendant.

16                          **AMENDED COMPLAINT**

17        COMES NOW Plaintiff Union Pacific Railroad Company ("Union Pacific"), by and

18  through its attorneys, and files this Complaint against Defendant Diamond Plastics Corporation

19  ("Diamond Plastics," together with Union Pacific the "Parties").

20                               **PARTIES**

21        1.     Plaintiff Union Pacific Railroad Company is a Delaware corporation with its

22  principal office located at 1400 Douglas Street, Omaha, Nebraska 68179.

23        2.     Defendant Diamond Plastics Corporation is a Delaware corporation with its

24  principal office located at 1212 Johnstown Road, Grand Island, Nebraska 68803.

25                        **JURISDICTION AND VENUE**

26        3.     This Court has personal jurisdiction over the Defendant in this matter as Diamond

27  Plastics has availed itself of the laws and protections of the State of Nevada by maintaining a facility

28  in Golconda, Nevada, and being registered with the Secretary of State as a Foreign Corporation

PARSONS
BEHLE &
LATIMER

14330.033\4894-6016-5969.v1

1    authorized to conduct business in Nevada.

2        4.     Venue is proper in the Sixth Judicial District pursuant to NRS 14.010 because

3    Diamond Plastics' obligations under the Parties' contract arise in this county.

4                                      **UNDERLYING FACTS**

5        5.     Union Pacific and Diamond Plastics entered into Industry Track Contract (the

6    "ITC"), Audit No. 174031, on September 30, 1994, for the "construction, maintenance and

7    operation" of Track (as defined therein) at Diamond Plastics' facility in Golconda, Humboldt

8    County, Nevada (the "Facility"). [1]

9        6.     The ITC set forth the terms and conditions of Union Pacific's construction,

10    maintenance, and operation of the Track, as well as Diamond Plastic's use of the Track.

11        7.     The ITC states in part: "[Union Pacific] shall operate the Track subject to any

12    applicable tariffs or rail transportation contracts and the terms of this Agreement...." ITC, Exhibit

13    B, Section 2(a).

14        8.     As well, the ITC provided that the Diamond Plastics would pay its bills within 30

15    days of receipt of all invoices or else be subject to all applicable interest. *See id.* at Section 6(a).

16        9.     At all times relevant, Tariff UP 6004 ("UP 6004") was Union Pacific's applicable

17    Accessorial   Services   –   Rules   and   Charges   tariff.   *See*   UP   6004,   *available*   *at*

18    https://www.up.com/customers/all/terms/index.htm. UP 6004 was incorporated by reference into

19    the Parties' ITC.

20       10.     Union Pacific's Demurrage Rules and Charges and Switching Rules and Charges

21    are set forth UP 6004.

22                                  **FIRST CAUSE OF ACTION**

23                                   **(Breach of Contract)**

24       11.     The Parties' ITC is a valid and enforceable agreement. Under its plain terms,

25    Diamond Plastics was contractually obligated to pay all demurrage and switching charges incurred

26

27    [1]     Because the Industry Track Contract is subject to a non-disclosure clause, Union Pacific is
     not attaching it as an exhibit to this Complaint. A copy may be provided to the Court for its *in*
28    *camera* review upon request.

1 | per the terms of the ITC and UP 6004, incorporated therein by reference.

2 |     12.    Between January 2019 and the present, pursuant to UP 6004, Diamond Plastics

3 | incurred $329,000.00 in demurrage charges at its Facility.  Demurrage charges attached hereto as

4 | **Exhibit A**.

5 |     13.    Between May 2019 and October 2020, Diamond Plastics incurred $6,920.00 in

6 | switching charges at its Facility. *See id.*

7 |     14.    Union Pacific presented Diamond Plastics with invoices for the demurrage and

8 | switching charges incurred at the Facility and requested payment accordingly.

9 |     15.    In breach of the ITC, Diamond Plastics has failed and refused to pay the invoices.

10 |     16.    Diamond Plastic's refusal has resulted in damages to Union Pacific in the amount

11 | of $336,520.00.

12 | **PRAYER FOR RELIEF**

13 | WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

14 |   1.  Union Pacific demands that judgment be entered in favor of Union Pacific and against

15 |       Defendant in the amount of $336,520.00, plus interest;

16 |   2.  Attorneys' fees and costs; and

17 |   3.  Any further relief the Court deems just.

18 | *AFFIRMATION*

19 | Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding

20 | document does not contain the personal information of any person as defined in NRS 603A.040.

21 | Dated this 10th day of February, 2023.

22 |                     PARSONS BEHLE & LATIMER

23 |

24 |                     Sarah Ferguson (NSBN 14815)

25 |                     50 West Liberty Street, Suite 750<br>Reno, Nevada 89501

26 |                     Telephone: 775.323.1601<br>Email: sferguson@parsonsbehle.com

27 |                     *Attorney for Plaintiff*

28 |                     *Union Pacific Railroad Company*

PARSONS
BEHLE &
LATIMER

14330.033\4894-6016-5969.v1

| PAR NBR | PAR NAME | ACCT NBR | BILL RCPN NAME | LOCATION | INVOICE | INVOICE DATE | ACTIVITY MONTH | BILL TYPE | BILLED AMT | PYMT AMT | OPEN AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 298662865 | 2/8/2019 | Jan-19 | C E S | $6,200 | $0 | $6,200 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 299183924 | 3/8/2019 | Feb-19 | C E S | $7,000 | $0 | $7,000 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 300934978 | 6/7/2019 | May-19 | C E S | $2,500 | $0 | $2,500 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 302612068 | 9/9/2019 | Aug-19 | C E S | $23,600 | $0 | $23,600 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 303118070 | 10/7/2019 | Sep-19 | C E S | $16,500 | $0 | $16,500 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 303704037 | 11/8/2019 | Oct-19 | C E S | $6,400 | $0 | $6,400 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 304189269 | 12/6/2019 | Nov-19 | C E S | $1,800 | $0 | $1,800 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 305259384 | 2/10/2020 | Jan-20 | C E S | $2,600 | $0 | $2,600 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 306662782 | 5/8/2020 | Apr-20 | C E S | $6,400 | $0 | $6,400 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 307062059 | 6/5/2020 | May-20 | C E S | $24,100 | $0 | $24,100 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 308139435 | 8/7/2020 | Jul-20 | C E S | $4,800 | $0 | $4,800 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 308740600 | 9/9/2020 | Aug-20 | C E S | $28,700 | $0 | $28,700 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 309333466 | 10/9/2020 | Sep-20 | C E S | $21,200 | $0 | $21,200 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 310460149 | 12/8/2020 | Nov-20 | C E S | $15,300 | $0 | $15,300 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 311027557 | 1/11/2021 | Dec-20 | C E S | $22,600 | $0 | $22,600 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 311595362 | 2/9/2021 | Jan-21 | C E S | $22,900 | $0 | $22,900 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 313271578 | 5/10/2021 | Apr-21 | C E S | $1,800 | $0 | $1,800 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 314425281 | 7/9/2021 | Jun-21 | C E S | $5,200 | $0 | $5,200 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 314983134 | 8/9/2021 | Jul-21 | C E S | $10,100 | $0 | $10,100 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 315548947 | 9/9/2021 | Aug-21 | C E S | $11,400 | $0 | $11,400 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 317168612 | 12/9/2021 | Nov-21 | C E S | $2,700 | $0 | $2,700 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 317653814 | 1/10/2022 | Dec-21 | C E S | $5,800 | $0 | $5,800 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 318173755 | 2/8/2022 | Jan-22 | C E S | $25,200 | $0 | $25,200 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 318692913 | 3/8/2022 | Feb-22 | C E S | $1,300 | $0 | $1,300 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 320950105 | 7/8/2022 | Jun-22 | C E S | $14,600 | $0 | $14,600 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 323269249 | 11/8/2022 | Oct-22 | C E S | $24,100 | $0 | $24,100 |
| 670777 | DIAMONPLASTI | 16930S | DIAMOND PLASTICS | GOLCONDA NV | 323802261 | 12/8/2022 | Nov-22 | C E S | $14,800 | $0 | $14,800 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 300762738 | 5/30/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 300762876 | 5/30/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371882 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371888 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371901 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371902 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371903 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371904 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371917 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371953 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371954 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371955 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371956 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371957 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371959 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371960 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371961 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 302371962 | 8/26/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 303032849 | 10/1/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 303278455 | 10/15/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 303278458 | 10/15/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 303278466 | 10/15/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 303278516 | 10/15/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 303278620 | 10/15/2019 | | SWITCH | $180 | $0 | $180 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 306549603 | 4/30/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 306549651 | 4/30/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 306549652 | 4/30/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 306881006 | 5/26/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 307353897 | 6/24/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 308111404 | 8/6/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 308111469 | 8/6/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 308111491 | 8/6/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 308332260 | 8/18/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 308506456 | 8/27/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 308756783 | 9/10/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 309121225 | 9/29/2020 | | SWITCH | $200 | $0 | $200 |
| 670777 | DIAMONPLASTI | 15495S | DIAMOND PLASTICS | GOLCONDA NV | 309661370 | 10/27/2020 | | SWITCH | $200 | $0 | $200 |

$336,520

EXHIBIT

A