Sarah Ferguson (NSBN 14515)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: sferguson@parsonsbehle.com

*Attorney for Plaintiff*
*Union Pacific Railroad Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br>　vs.<br><br>DIAMOND PLASTICS CORPORATION, a Delaware corporation, and DOES 1-10, inclusive<br><br>　　　　Defendant. | Case No.: 3:23-CV-00110-MMD-CSD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF UNION PACIFIC RAILROAD COMPANY'S DEADLINE TO OPPOSE DEFENDANT'S MOTION TO DISMISS AND MOTION FOR STAY**<br><br>**(First Request)** |

　　　　Plaintiff Union Pacific Railroad Company ("Union Pacific") and Defendant Diamond Plastics Corporation ("Diamond Plastics," together with Union Pacific, the "Parties") by and through their attorneys of record have met and conferred regarding the deadline for Union Pacific to respond to Diamond Plastics' Motion to Dismiss and Motion for Stay (ECF No. 11). The Parties previously agreed to a brief extension between themselves. Now the Parties plan to engage in settlement discussions, so seek leave from the Court for an additional extension of Union Pacific's time to oppose Diamond Plastic's motion until May 19, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

14330.033\4889-0566-8958.v1

The forgoing request is made in good faith and not for purposes of delay.

Dated this 19th day of April, 2023.

| PARSONS BEHLE & LATIMER | SMITH, JOHNSON, ALLEN, CONNICK & HANSEN |
|---|---|
| /s/ Sarah Ferguson<br>Sarah Ferguson, Esq. (NSBN 14515)<br>50 West Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: (775) 323-1601<br>Email: sferguson@parsonsbehle.com<br><br>*Attorney for Plaintiff*<br>*Union Pacific Railroad Company* | /s/ Jared J. Krejci<br>Jared J. Krejci, Esq.<br>(*pro hac vice* application forthcoming)<br>104 N. Wheeler Avenue,<br>Grand Island, NE 68801<br>Telephone: (308) 382-1930<br>Email: jkrejci@gilawfirm.com<br>*Counsel for Defendant*<br><br>Jerry C. Carter, Esq. (NSBN 5905)<br>Katlyn C. Mathy, Esq. (NSBN 16276)<br>SIERRA CREST BUSINESS LAW GROUP<br>691 Sierra Rose Dr., Suite B,<br>Reno, NV 89511<br>Telephone: (775) 448-6070<br>Facsimile: (888) 506-9058<br>Email: jcarter@sierracrestlaw.com<br>        kmathy@sierracrestlaw.com<br>*Local Counsel for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 20, 2023